*E-Filed 01/28/2011*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MO'MIN ABDUN-NOOR, SUSIE ANN LUCAS (DCD), LAWRENCE BLACK, a trade name,<br><br>             Plaintiffs,<br><br>   v.<br><br>MITCHELL A. KATZ, et al.,<br><br>             Defendants.<br>_____/ | No. C 10-04627 RS<br><br>**ORDER VACATING HEARING** |

On January 11, 2011, pro se plaintiff Mo'min Abdun-Noor filed a motion captioned as "Motion for Writ of Certiorari" and noticed a hearing in this Court on February 3, 2011. Although framed as a request for Supreme Court review, his motion is directed to review of the Clerk's declination of default on January 6, 2011. This Court addressed the merits of plaintiff's complaint, including his motion for default judgment, in its Order on January 14, 2011 and entered judgment in favor of defendants and against plaintiff. Accordingly, the hearing on February 3, 2011 is vacated.

IT IS SO ORDERED.

Dated: 01/28/2011

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

**THIS IS TO CERTIFY THAT A HARD COPY OF THIS ORDER WAS MAILED TO:**

**Mo'min Abdun-Noor**
801 Jones Street, Apt. 101
San Francisco, CA 94109

DATED: 01/28/2011

<u>/s/ Chambers Staff</u>
Chambers of Judge Richard Seeborg